```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOSEPH E. MALONEY, SBN 95458
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2750

 5  Attorneys for the Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURPHY C. GANT, | No. 2:05-CV-00920 WBS DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

The parties, through their counsel, stipulate that defendant may file an Amended Answer in the form of the accompanying proposed Amended Answer. Defendant is amending his Answer to assert the Fourth Affirmative Defense asserting laches. In view of the length of time between plaintiff's unsuccessful application for employment in 1990 and his initial contact of an equal employment opportunity counselor in 1994, laches is a possible defense. An employer may raise laches as a defense in a Title VII case. *National R.R. Passenger Corp. v. Morgan*, 536 U.S. 101, 121-22, 122 S.Ct. 2061, 2077 (2002). Leave to amend should freely be given. Fed. R. Civ. Proc. 15(a). In view of

1

1 the early stage of the litigation and plaintiff's consent, there
2 is good cause for leave to amend.
3
4 Dated:    August 10, 2005        McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY
5
6
                                   /s/Joseph E. Maloney
7                                  JOSEPH E. MALONEY
                                   ASSISTANT UNITED STATES ATTORNEY
8
9 Dated:    August 10,2005         /s/Leo F. Donahue
                                   LEO F. DONAHUE
10                                 ATTORNEY FOR PLAINTIFF
11
12                       IT IS SO ORDERED.
13 Dated:  August 10, 2005
14
15                                 _____
                                   WILLIAM B. SHUBB
16                                 UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2